No. 74–5095. ROSARIO v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 74–5098. STEIGLER v. ANDERSON, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 74–5104. SAMUELS, AKA LEBLANC v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 74–5105. PROFFITT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–5112. STAPLETON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5115. JOHNSON v. CAMDEN COUNTY PROSECUTOR. C. A. 3d Cir. Certiorari denied.

No. 74–5124. JOINER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5125. RAINEY v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–5126. BARNES v. GRAY, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 74–5129. STARKS v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 74–5130. CRANE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–5132. YOUNG v. UNITED STATES. Ct. Cl. Certiorari denied.